AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Ms. Valina C. Sullivan

*Plaintiff(s)*

v.

Creedmoor Psychiatric Center et al

*Defendant(s)*

Civil Action No. 22-cv-3420 (RPK)(LB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Creedmoor Psychiatric Center
79-25 Winchester Blvd
Queens Village, NY 11427

*See Rider for Additional Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se Plaintiff
Valina C. Sullivan
150-63 116th Ave
Jamaica, NY 11434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**

CLERK OF COURT

Date: _____06/10/2022_____     _____*/s/ Giselle Almonte*_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 22-cv-3420 (RPK)(LB)

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Ms. Valina C. Sullivan <br> _____ <br> *Plaintiff(s)* <br><br> v. <br> Creedmoor Psychiatric Center et al <br> _____ <br> *Defendant(s)* | **RIDER TO SUMMONS IN A CIVIL ACTION** <br><br> Civil Action No. 22-cv-3420 (RPK)(LB) |

1. Martha Adams Sullivan, Executive Director
   79-25 Winchester Blvd
   Queens Village, NY 11427

2. Darrin Gerson, Chief of service
   79-25 Winchester Blvd
   Queens Village, NY 11427

3. Adrienne Jones, Director of Human Resources
   79-25 Winchester Blvd
   Queens Village, NY 11427

4. Jeff Williams
   79-25 Winchester Blvd
   Queens Village, NY 11427

5. Clara Ortiz, Human Resource specialist
   79-25 Winchester Blvd
   Queens Village, NY 11427

6. Marie S. Jean-Louis, Chief of Nursing Officer
   79-25 Winchester Blvd
   Queens Village, NY 11427

7. Neuka Enjuka
   79-25 Winchester Blvd
   Queens Village, NY 11427

8. Ms. Charles, Nurse Administrator 1
   79-25 Winchester Blvd
   Queens Village, NY 11427

Civil Action No. 22-cv-3420 (RPK)(LB)

9. Matthew Sujata, Nurse Administrator 1
   79-25 Winchester Blvd
   Queens Village, NY 11427

10. Ms. Jackson, treatment Leader Ward 8A
    79-25 Winchester Blvd
    Queens Village, NY 11427

11. Ms. Carla Wright, Nurse
    79-25 Winchester Blvd
    Queens Village, NY 11427

12. Kizle Redhead, Mental Health Treatment Aide
    79-25 Winchester Blvd
    Queens Village, NY 11427

13. Kimberly Hutchinson, Mental Health Treatment Aide
    79-25 Winchester Blvd
    Queens Village, NY 11427

14. Phillip-Noe, Mental Health Treatment Aide
    79-25 Winchester Blvd
    Queens Village, NY 11427

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-3420 (RPK)(LB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: