UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALINA C. SULLIVAN,<br>                              Plaintiff,<br><br>- against -<br><br>CREEDMOOR PSYCHIATRIC CENTER, ET. AL.,<br><br>                              Defendants. | 22-CV-03420 (RPK)(LB) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, the Defendants, by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Rachel P. Kovner, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 13, 2022

                    LETITIA JAMES
                    Attorney General of the
                    State of New York
                    <u>Attorney for Defendants</u>
                    By:

                    <u>/s/ *Jane P. Rosales*</u>
                    Jane P. Rosales
                    Assistant Attorney General
                    28 Liberty Street
                    New York, New York 10005
                    (212) 416-8249

cc:

Valina Sullivan
150-63 116th Avenue
Jamaica, New York 11434